On review from the Court of Appeals,* decision of Court of Appeals vacated, case remanded to Court of Appeals for further consideration October 8, 1998

STATE OF OREGON,
*Petitioner on Review,*

*v.*

JOHN HOWARD MAYNARD,
*Respondent on Review.*

(CC 10-92-06551; CA A81182; SC S43219)

964 P2d 264

Kaye E. Sunderland, Assistant Attorney General, Salem, filed the briefs for petitioner on review. With her on the brief on the merits were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General. With her on the reply brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Robert Cole Tozer, Eugene, filed the brief for respondent on review.

Michael G. Harting, Portland, filed the brief for *amicus curiae* ACLU Foundation of Oregon, Inc.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, and Durham, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Stoneman*, 323 Or 536, 920 P2d 535 (1996).

---

* Appeal from Lane County Circuit Court, F. Gordon Cottrell, Judge. 138 Or App 647, 910 P2d 1115 (1996).

** Kulongoski, Leeson, and Riggs, JJ., did not participate in the consideration or decision of this case.